

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00331-CV

WILLIAM MAYO                                                    APPELLANT

V.

TECHNICAL TRANSPORTATION                                        APPELLEE

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion For Remand." The motion is **GRANTED**. We set aside, without regard to the merits, the trial court's judgment and remand this case to the trial court for further proceedings in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995); *In re Ortega*, 225 S.W.3d 610, 610–11 (Tex. App.—El Paso 2006, no pet.).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: March 15, 2012